ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENNETH DUNHAM and MARTHA DUNHAM, )
)
Plaintiffs, )
)
v. )
)
COVIDIEN LP, )
)
Defendant. )

Civil Action No. 1:19-cv-02851-LLS

**STIPULATION OF DISMISSAL WTH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs dismiss this action with prejudice, with each party to bear their own costs.

So Ordered.
Louis L. Stanton
12/8/21

Dated: December 3, 2021

Respectfully submitted,
**MARC J BERN & PARTNERS LLP**
By: /s/ *D. Dessel*

Denise Amanda Dessel, Bar No. 5741459
Megan Beth Hennessy
Alexandra Colella
60 East 42nd Street, Suite 950
New York, NY 10165
Tel: (516) 965-8313
ddessel@bernllp.com
mhennessy@bernllp.com
acolella@bernllp.com

*Attorneys for Plaintiffs*
**DLA PIPER LLP (US)**
By: _____

Jessica C. Wilson, Bar No. JW3028
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Tel: (617) 406-6000
jessica.wilson@dlapiper.com

**WILKINSON STEKLOFF LLP**

_____

Brian L. Stekloff
Wilkinson Stekloff LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4030
bstekloff@wilkinsonstekloff.com

_____

Ralia E. Polechronis
130 West 42nd Street, 24th Floor
New York, NY 10036
Tel: (212) 294-8922
rpolechronis@wilkinsonstekloff.com

*Attorneys for Defendant Covidien LP*

**CERTIFICATE OF SERVICE**

I certify that on December 3, 2021, I have caused service of the foregoing Stipulation of Dismissal With Prejudice to be made by electronic filing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic filing to all counsel of record.

/s/ *D. Vessel*